# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　　　　　PLAINTIFF<br>　　　v.<br>IVAN LARA DE LA ROSA,<br>　　　　　　　　　　　　DEFENDANT(S). | CASE NUMBER<br><br>8:23-mj-00506-DUTY<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |

Upon motion of _Defendant_ , IT IS ORDERED that a detention hearing is set for _October 12_ , _2023_ , at _1:15_ ☒ a.m. / ☒ p.m. before the Honorable _JOHN D. EARLY_ , in Courtroom _6A_ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _October 10, 2023_　　　　　　　　　　　　_JOHN D. EARLY_ /s/ John D. Early
　　　　　　　　　　　　　　　　　　　　　　　U.S. ~~District Judge~~/Magistrate Judge